FILED
2012 Sep-11  PM 01:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN A. NEAL, | ) |
| Plaintiff, | ) |
| vs. | )   2:12-cv-02641-LSC |
| MIDLAND FUNDING, LLC, and MIDLAND CREDIT MAN-AGEMENT, INC., | ) |
| Defendants. | ) |

## ORDER

The Court has been advised that the above-entitled cause is resolved. Accordingly, this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen the action within thirty (30) days from the date of this Order. Costs are taxed as paid.

Done this 11th day of September 2012.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

171032